Debra L. Wabnik (dw-0944)
Stagg Wabnik Law Group LLP
*Attorneys for Plaintiff Shawn Garrett*
401 Franklin Avenue, Suite 300
Garden City, New York 11530
(516) 812-4504
dwabnik@staggwabnik.com

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
SHAWN GARRETT,                                        Docket No.: 2-18-cv-3081
                                                                          (JMA) (AYS)

                          Plaintiff,

        -against-

FRIENDS ACADEMY, INC., MARK SCHOEFFEL,
WILLIAM MORRIS, MARY ALICE KOLODNER,
DEBORAH SCHOMAN, ANDREA KELLY,
ANN MARIE TIDONA and ROBIN WILPON WACHTLER,

                         Defendants.
-------------------------------------------------------------------------X

## DECLARATION IN SUPPORT OF MOTION TO
## WITHDRAW AS COUNSEL FOR PLAINTIFF SHAWN GARRETT

      Debra L. Wabnik, an attorney duly admitted to practice law before this Court, hereby declares the following under the penalties of perjury:

      1.     I am a member of the firm of Stagg Wabnik Law Group LLP ("Stagg Wabnik"), attorneys for Plaintiff Shawn Garrett ("Plaintiff") and submit this Declaration in support of Stagg Wabnik's motion to be immediately relieved as counsel for Plaintiff.

1

2. Stagg Wabnik commenced this action on May 24, 2018 by filing a Complaint (the "Action") alleging, *inter alia*, violations of Title VII of the Civil Rights Act of 1964, the New York State Executive Law, the New York State Labor Law, and the Fair Labor Standards Act.

3. Irreconcilable differences have arisen between Plaintiff and Stagg Wabnik.

4. Because of the irreconcilable differences, Stagg Wabnik cannot properly or effectively represent Plaintiff in this Action.

5. On October 24, 2019, I asked Plaintiff for her consent to my firm's withdrawal from the Action. Plaintiff refused to consent. On October 29, 2019, I reiterated my request for Plaintiff's consent to withdraw. As of the date of this Declaration, Plaintiff has not responded. For that reason, Stagg Wabnik submits this application by motion instead of a stipulation.

6. Depositions of Defendants' witnesses are the next step in this litigation. The differences between Plaintiff and Stagg Wabnik include (but are not limited to) opinions as to how this case should proceed, and therefore it would not be appropriate for Stagg Wabnik to take the depositions.

7. Accordingly, I respectfully request that pursuant to Eastern District of New York Local Civil Rule 1.4, Stagg Wabnik be relieved as counsel for Plaintiff.

8. In addition, Stagg Wabnik requests that the discovery deadline be extended for 60 days after Plaintiff has had the opportunity to retain new counsel. Stagg Wabnik intended to seek an extension of the discovery deadline as it received more than 6,000 pages of documents from Defendants at the end of September, and due to the large amount of documents provided and the ensuing religious holidays, it had not completed review of the documents. Incoming counsel, or Plaintiff if she proceeds pro se, will need time to digest those documents in addition to getting up to speed on the rest of the case.

9.     No prior application for the relief requested herein has been made to this or any other Court.

10.    Additionally, Stagg Wabnik asserts a charging lien in this Action.

**WHEREFORE**, Stagg Wabnik Law Group LLP respectfully requests that this Court enter an Order granting the instant motion in all respects and granting Stagg Wabnik such other and further relief as this Court may deem just and proper.

Dated: Garden City, New York
       October 31, 2019

                                    /s/Debra L. Wabnik
                                    Debra L. Wabnik (dw-0944)